UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: ERICKA DAWN HODGES                          CASE NO. 5:17-80246

---

MOTION TO SEVER CHAPTER 13 CASE FROM JOINT DEBTOR

---

**NOW INTO COURT**, through undersigned counsel, comes the above named debtor, who respectfully represents that:

1.

This Court has the power and authority to consider this Motion in accordance with 28 U.S.C. 157. This is a core proceeding within the meaning of 28 U.S.C. 157(b). The statutory basis for this Motion is set forth in F.R.B.P. 1015, and Sections 105 and 302 of Title 11 of the U.S. Code.

2.

Debtor filed this case on March 10, 2017, as a joint case with her former husband. Since that time the parties have separated and in the process of filing for a judgment of divorce.

3.

Debtor believes that severance of her case from that of the joint debtor is in the best interest of all parties in interest.

**WHEREFORE, DEBTOR PRAYS** that this case be severed from that of the joint debtor.

LAW OFFICE OF,

/S/ THOMAS R. WILLSON
THOMAS R. WILLSON (#13546)
1330 JACKSON STREET
ALEXANDRIA, LOUISIANA 71301
PHONE # (318) 442-8658
FAX # (318) 442-9637

I declare, under penalty of perjury, that I have read the foregoing statement and the content is true and correct to the best of my knowledge, information and belief this 23rd day of June, 2020.

                                        /S/ ERICKA DAWN HODGES
                                        **ERICKA DAWN HODGES**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion to Sever has been provided to the Chapter 13 Trustee on the 23rd day of June, 2020.

                                        **/S/ THOMAS R. WILLSON**
                                        **THOMAS R. WILLSON**