Debtor 1 — **John** (First Name) **Perry** (Middle Name) **Hodges, Jr.** (Last Name)

Debtor 2
(Spouse, if filing) First Name — Middle Name — Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known) **17-80246**

☑ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**290 Bottom Road**
Street address, if available, or other description

**Kelly** (City) **LA** (State) **71441** (ZIP Code)

County

**house and 2 acres located at 290 Bottom Road**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$180,000.00

**Current value of the portion you own?**
$180,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document  Pg 1 of 58

| 1.2. | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**371 Bryan Hodes Road**

**1 acre of land located at 371 Bryan Hodes Road**

What is the property? Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

_____
County

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Current value of the entire property?**      **Current value of the portion you own?**

**$600.00**                                   **$600.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property** (see instructions)

_____

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here............................................... ➔     | **$180,600.00** |

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Make:    **Dodge**
Model:    **Challenger**
Year:    **2013**
Approximate mileage: _____
Other information:
**2013 Dodge Challenger**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

**Current value of the entire property?**      **Current value of the portion you own?**

**$20,000.00**                                 **$20,000.00**

---

3.2.

Make:    **Ford**
Model:    **F150**
Year:    **2013**
Approximate mileage: _____
Other information:
**2013 Ford F150**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

**Current value of the entire property?**      **Current value of the portion you own?**

**$32,488.00**                                 **$32,488.00**

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document    Pg 2 of 58

**3.3.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **GMC** | ☐ Debtor 1 only | |
| Model: | **Acadia** | ☐ Debtor 2 only | |
| Year: | **2014** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | | ☑ At least one of the debtors and another | $27,525.00      $27,525.00 |

Other information:
**2014 GMC Acadia**

☑ Check if this is community property
(see instructions)

**3.4.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Jeep** | ☐ Debtor 1 only | |
| Model: | **Wrangler** | ☐ Debtor 2 only | |
| Year: | **2016** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | | ☑ At least one of the debtors and another | $25,000.00      $25,000.00 |

Other information:
**2016 Jeep Wrangler**

☑ Check if this is community property
(see instructions)

**3.5.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Dodge** | ☐ Debtor 1 only | |
| Model: | **Ram** | ☐ Debtor 2 only | |
| Year: | **2004** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: | | ☑ At least one of the debtors and another | $5,975.00      $5,975.00 |

Other information:
**2004 Dodge Ram**

☑ Check if this is community property
(see instructions)

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Polaris** | ☐ Debtor 1 only | |
| Model: | **Phoenix** | ☐ Debtor 2 only | |
| Year: | **2008** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☑ At least one of the debtors and another | $1,270.00      $1,270.00 |

Other information:
**2008 Polaris Phoenix**

☑ Check if this is community property
(see instructions)

**4.2.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Arctic Cat** | ☐ Debtor 1 only | |
| Model: | **Mudpro** | ☐ Debtor 2 only | |
| Year: | **2011** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☑ At least one of the debtors and another | $2,111.00      $2,111.00 |

Other information:
**2011 Arctic Cat Mudpro**

☑ Check if this is community property
(see instructions)

| 4.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Polaris** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Ace** | ☐ Debtor 1 only | |
| Year: | **2015** | ☐ Debtor 2 only | **Current value of the entire property?** |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| Other information: | | ☑ At least one of the debtors and another | $7,674.00     $7,674.00 |
| **2015 Polaris Ace** | | | |
| | | ☑ Check if this is community property (see instructions) | |

| 4.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Big Bass** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Boat** | ☐ Debtor 1 only | |
| Year: | **2012** | ☐ Debtor 2 only | **Current value of the entire property?** |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| Other information: | | ☑ At least one of the debtors and another | $6,525.00     $6,525.00 |
| **2012 Big Bass Boat** | | | |
| | | ☑ Check if this is community property (see instructions) | |

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................➔     **$128,568.00**

---

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe.....    **Furniture and Appliances**    $4,200.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe.....    **Apple Laptop, 65" Samsung Smart TV, and HP printer**    $1,050.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document  Pg 4 of 58

**11. Clothes**
   _Examples:_ Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes.  Describe.....  | **Clothing** | $500.00

**12. Jewelry**
   _Examples:_ Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☑ Yes.  Describe.....  | **Wedding Set & 1/2 k diamond stud earrings** | $2,500.00

**13. Non-farm animals**
   _Examples:_ Dogs, cats, birds, horses

   ☐ No
   ☑ Yes.  Describe.....  | **5 dogs & 2 cats** | $50.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes.  Give specific information.............  | | _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here................................................................➔** | **$8,300.00**

---

**Part 4:**     **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
   _Examples:_ Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No
   ☐ Yes.....................................................................................................  Cash: ......................... _____

**17. Deposits of money**
   _Examples:_ Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes...........................   Institution name:

   | | 17.1. | Checking account: | **Barksdale Federal Credit Union Checking account** | $300.00 |
   | | 17.2. | Savings account: | **Barksdale Federal Credit Union Savings account** | $10.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   _Examples:_ Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes...........................   Institution or issuer name:

---

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
information about
them..........................    Name of entity:        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them..........................    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:      Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them

17-80246 - #130   File 08/07/20   Enter 08/07/20 15:54:05   Main Document    Pg 6 of 58

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

**Federal: 2016 Federal Income Tax Refund.  Amt: $5,022.00**

Federal:        **$5,022.00**

State:              **$0.00**

Local:              **$0.00**

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................➜ | **$5,332.00** |

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..  _____  _____

39. **Office equipment, furnishings, and supplies**
   *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..  _____  _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..  _____  _____

41. **Inventory**

☑ No
☐ Yes.  Describe..  _____  _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe....  _____  _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................➜ | **$0.00** |

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes....

**2 hogs
2 peacocks
6 guineas
140 chickens**

$2,555.00

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes.... **See continuation page(s).**

$6,200.00

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here...................................................➔ $8,755.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information.

| | |
|---|---|
| **16 x 20 Portable Building** | $2,000.00 |
| **Earned Income Tax Credit** | Unknown |
| **1998 Chandeleu Mobile Home** | $5,000.00 |

54. Add the dollar value of all of your entries from Part 7. Write that number here.............➔ $7,000.00

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2**............................................................................................➜     $180,600.00

56.  **Part 2: Total vehicles, line 5**                  $128,568.00

57.  **Part 3: Total personal and household items, line 15**       $8,300.00

58.  **Part 4: Total financial assets, line 36**             $5,332.00

59.  **Part 5: Total business-related property, line 45**          $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**      $8,755.00

61.  **Part 7: Total other property not listed, line 54**    +      $7,000.00

62.  **Total personal property.**    Add lines 56 through 61.................    $157,955.00    Copy personal property total   ➜   +    $157,955.00

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    $338,555.00

49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade (details):

**2012 Polaris Sportsman Big Boss**                                                          **$6,000.00**

**1998 Utilty Trailer**                                                                      **$200.00**

**Fill in this information to identify your case:**

Debtor 1       **John**          **Perry**          **Hodges, Jr.**
               First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number **17-80246**
(if known)

☑ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**house and 2 acres located at 290 Bottom Road**<br>Line from *Schedule A/B:*  **1.1** | **$180,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **La. Const. Art. 12, § 9; La. Rev. Stat. § 20:1** |
| Brief description:<br>**2004 Dodge Ram**<br>Line from *Schedule A/B:*  **3.5** | **$5,975.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(7)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Furniture and Appliances** <br><br> Line from *Schedule A/B*:   **6** | $4,200.00 | ☑   $4,200.00 <br> ☐   100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(4) |
| Brief description: **Clothing** <br><br> Line from *Schedule A/B*:   **11** | $500.00 | ☑   $500.00 <br> ☐   100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(4) |
| Brief description: **Wedding Set & 1/2 k diamond stud earrings** <br><br> Line from *Schedule A/B*:   **12** | $2,500.00 | ☑   $2,500.00 <br> ☐   100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(5) |
| Brief description: **5 dogs & 2 cats** <br><br> Line from *Schedule A/B*:   **13** | $50.00 | ☑   $50.00 <br> ☐   100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(4) |
| Brief description: **2016 Federal Income Tax Refund** <br><br> Line from *Schedule A/B*:   **28** | $5,022.00 | ☑   $5,022.00 <br> ☐   100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(6) |
| Brief description: **Earned Income Tax Credit** <br><br> Line from *Schedule A/B*:   **53** | Unknown | ☑   $0.00 <br> ☐   100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(6) |

## Fill in this information to identify your case:

Debtor 1    **John**      **Perry**      **Hodges, Jr.**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)    **17-80246**

☑ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

| 2.1 | | | |

**Barksdale Federal Credit Union**
Creditor's name
**2701 Village Lane**
Number    Street

**Bossier City**     **LA**    **71112**
City      State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

**Date debt was incurred** _____

Describe the property that
secures the claim:

**2016 Jeep Wrangler**

| | | |
|---|---|---|
| $30,816.25 | $25,000.00 | $5,816.25 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number   **8**   **6**   **4**   **2**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $30,816.25 |
|---|

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Barksdale Federal Credit Union**
Creditor's name
**2701 Village Lane**
Number   Street

**Bossier City   LA  71112**
City     State  ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

Describe the property that secures the claim:

**2013 Dodge Challenger**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $21,582.05 | $20,000.00 | $1,582.05 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number   **8  6  4  3**

**2.3**

**Cenla Federal Credit Union**
Creditor's name
**POB 1271**
Number   Street

**Alexandria   LA  71309**
City     State  ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

Describe the property that secures the claim:

**2015 Polaris Ace**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $7,674.31 | $7,674.00 | $0.31 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Non-Purchase Money**

Last 4 digits of account number   **6  4  0  7**

Add the dollar value of your entries in Column A on this page.  Write that number here:       **$29,256.36**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

Describe the property that secures the claim:

| | | $5,910.99 | $5,000.00 | $910.99 |

**Ditech**
Creditor's name
**P.O. Box 660934**
Number     Street

**1998 Chandeleur Mobile Home**

_____

**Dallas          TX    75266-0934**
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
**Home Mortgage**

**Date debt was incurred**                    **Last 4 digits of account number**     1  4  2  3

**2.5**

Describe the property that secures the claim:

| | | $1,176.71 | $1,176.71 | |

**Ditech**
Creditor's name
**P.O. Box 660934**
Number     Street

**1998 Chandeleur Mobile Home**

_____

**Dallas          TX    75266-0934**
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
**Arrearage claim**

**Date debt was incurred**     Various     **Last 4 digits of account number**     1  4  2  3

Add the dollar value of your entries in Column A on this page.  Write that number here:

| | $7,087.70 |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**

**Ford Motor Credit Company**
Creditor's name
**P.O. Box 790093**
Number    Street

Describe the property that secures the claim:

**2013 Ford F150**

$47,632.74      $32,488.00      $15,144.74

**Saint Louis**    **MO**   **63179**
City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Purchase Money**

Date debt was incurred           Last 4 digits of account number    2   8   5   3

**2.7**

**Friendly Finance**
Creditor's name
**P.O. Box 7100**
Number    Street

Describe the property that secures the claim:

**2004 Dodge Ram & Bass Boat**

$17,776.37      $12,500.00      $5,276.37

**Monroe**    **LA**   **71211**
City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Signature Loan**

Date debt was incurred           Last 4 digits of account number    6   9   5   4

**Add the dollar value of your entries in Column A on this page. Write that number here:**      $65,409.11

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.8**

**Homeland Federal Savings Bank**
Creditor's name
**POB 250**
Number    Street

Describe the property that secures the claim:     $2,228.85     $2,111.00     $117.85

**2011 Arctic Cat Mudpro**

_____

**Columbia**     **LA**    **71418**
City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number**   0   0   2   7

---

**2.9**

**John Deere Credit**
Creditor's name
**POB 650215**
Number    Street

Describe the property that secures the claim:     $5,757.38     $2,000.00     $3,757.38

**Zero Turn Mower**

_____

**Dallas**     **TX**    **75265**
City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Purchase Money**

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:      | $7,986.23 |

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.10**

Describe the property that secures the claim:

| $48,324.95 | $27,525.00 | $20,799.95 |

**Pelican State Credit Union**
Creditor's name
**POB 40088**
Number     Street

**2014 GMC Acadia**

**Baton Rouge        LA     70835**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Credit Card**

Last 4 digits of account number   0  1  4  3

**2.11**

Describe the property that secures the claim:

| $5,500.15 | $6,000.00 | |

**Pelican State Credit Union**
Creditor's name
**POB 40088**
Number     Street

**2012 Polaris Sportsman Big Boss**

**Baton Rouge        LA     70835**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Credit Card**

Last 4 digits of account number   0  L  4  6

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $53,825.10 |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

---

**2.12**

**Rushmore Loan Management**
Creditor's name
**P.O. Box 674150**
Number      Street

_____

**Dallas**            **TX**   **75267**
City                      State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates
  to a community debt**

**Date debt was incurred** _____

Describe the property that
secures the claim:

**House and 2 acres located at
290 Bottom Road**

| $209,371.15 | $180,000.00 | $29,371.15 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Home Mortgage**

**Last 4 digits of account number**   **8   2   9   4**

---

**2.13**

**Rushmore Loan Management**
Creditor's name
**P.O. Box 674150**
Number      Street

_____

**Dallas**            **TX**   **75267**
City                      State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates
  to a community debt**

**Date debt was incurred** **Various**

Describe the property that
secures the claim:

**house and 2 acres located at
290 Bottom Road**

| $7,958.31 | $7,958.31 | |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Arrearage claim**

**Last 4 digits of account number**   **8   2   9   4**

---

**Add the dollar value of your entries in Column A on this page.  Write
that number here:**

| $217,329.46 |
|---|

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.14 |
|---|

Describe the property that secures the claim:                    $1,942.96          $1,942.96

**Rushmore Loan Management**
Creditor's name
**P.O. Box 674150**                            **House and 2 acres located at 290 Bottom Road**
Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                TX    75267**
City                State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Arrearage claim**

**Date debt was incurred**    Various        **Last 4 digits of account number**    8  2  9  4

Add the dollar value of your entries in Column A on this page. Write that number here:                    $1,942.96

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:                    $413,653.17

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **John** | **Perry** | **Hodges, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number **17-80246**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $13,691.90 | $10,767.85 | $2,924.05 |

**Louisiana Department of Revenue**
Priority Creditor's Name
**POB 66658**
Number          Street

**Baton Rouge          LA          70896**
City                        State      ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

## Part 1:    Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.2

| | $350.00 | $350.00 | $0.00 |
|---|---|---|---|

**McBride Law Firm**
Priority Creditor's Name
**Thomas C. McBride, LLC**
Number     Street
**301 Jackson St., Suite 101**

**Alexandria**            **LA      71301**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other.  Specify
     **Attorney fees for this case**

### 2.3

| | $450.00 | $450.00 | $0.00 |
|---|---|---|---|

**McBride Law Firm**
Priority Creditor's Name
**Thomas C. McBride, LLC**
Number     Street
**301 Jackson St., Ste. 101**

**Alexandria**            **LA      71301**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other.  Specify
     **Attorney fees for this case**

### 2.4

| | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

**North Dakota Department of Revenue**
Priority Creditor's Name
**600 E Boulevard Ave**
Number     Street

**Bismarck**              **ND      58505**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑  Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | **Total claim** |

| **4.1** | | **$100.00** |

**CAC Financial Corp.**
Nonpriority Creditor's Name
**2601 NW Expressway, Ste. 1000 East**
Number      Street



**Oklahoma City          OK    73112**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Southern Emergency Consultants**

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Collection**

| **4.2** | | **$1,171.03** |

**Capital One**
Nonpriority Creditor's Name
**POB 60024**
Number      Street



**City of Industry          CA    91716**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Credit Card**

Debtor 1    **John Perry Hodges, Jr.**                          Case number (if known)  **17-80246**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | | **Total claim** |
|---|---|---|

**4.3**
                                                                                                    **$1,288.60**

**Capital One**
Nonpriority Creditor's Name
**POB 60024**
Number      Street

**City of Industry         CA    91716**
City                       State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Credit Card**

**4.4**
                                                                                                    **$1,584.00**

**Citibank/Best Buy**
Nonpriority Creditor's Name
**Centralized Bk/Citicorp Credt Srvs**
Number      Street
**PO Box 790040**

**St Louis            MO    63179**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4  3  9  6**
When was the debt incurred?  **10/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Charge Account**

**4.5**
                                                                                                    **$306.98**

**Citibank/The Home Depot**
Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized Bankruptcy**
Number      Street
**PO Box 790040**

**S Louis             MO    63129**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7  9  1  4**
When was the debt incurred?  **06/2007**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Charge Account**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

<div style="float:right">

**Total claim**

</div>

### 4.6

$1,129.46

**Citicards Cbna**
Nonpriority Creditor's Name
**Citicorp Credit Svc/Centralized Bankrupt**
Number       Street
**PO Box 790040**

**Saint Louis           MO      63179**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8    9    1    0**
**When was the debt incurred?**    **11/2007**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Credit Card**

### 4.7

$2,196.09

**Comenity Bank/the Buckle**
Nonpriority Creditor's Name
**PO Box 18215**
Number       Street

**Columbus           OH      43218**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2    0    6    2**
**When was the debt incurred?**    **08/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Charge Account**

### 4.8

$2,109.49

**Comenitycb/gordon**
Nonpriority Creditor's Name
**Comenity Bank**
Number       Street
**PO Box 182125**

**Columbus           OH      43218**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8    0    4    9**
**When was the debt incurred?**    **09/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Charge Account**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.9 | | $1,241.81 |

**Dillards Card Srvs/Wells Fargo Bank Na**
Nonpriority Creditor's Name
**PO Box 10347**
Number     Street

_____

**Des Moines               IA      50306**
City                       State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    4   2   4   9
**When was the debt incurred?**    08/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Charge Account**

| 4.10 | | $1,169.12 |

**Discover Financial**
Nonpriority Creditor's Name
**PO Box 3025**
Number     Street

_____

**New Albany                OH      43054**
City                       State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    3   3   4   7
**When was the debt incurred?**    10/2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Credit Card**

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

4.11

|  | |
|---|---|
| **Franklin Collection Service, Inc.** | $86.00 |

**Franklin Collection Service, Inc.**
Nonpriority Creditor's Name
**POB 3910**
Number     Street

_____

**Tupelo                    MS      38803**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**SMSO Anesthesia**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collection**

4.12

|  | |
|---|---|
| **Friendly Finance** | $75.00 |

**Friendly Finance**
Nonpriority Creditor's Name
**PO Box 2829**
Number     Street

_____

**Monroe                    LA      71203**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Signature Loan**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.13 | | **$750.00** |
|---|---|---|

**Friendly Finance**
Nonpriority Creditor's Name
**PO Box 2829**
Number       Street

**Monroe              LA    71203**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Signature Loan**

| 4.14 | | **$3,780.93** |
|---|---|---|

**Hardtner Medical**
Nonpriority Creditor's Name
**1102 W. Pine Street**
Number       Street

**Olla                 LA    71465**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

| 4.15 | | **$236.00** |
|---|---|---|

**Harrison Finance**
Nonpriority Creditor's Name
**5830 S Sherwood Forest Blvd**
Number       Street
**Suite A**

**Baton Rouge         LA    70816**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4  8  1  8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Signature Loan**

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document   Pg 29 of 58

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
| --- |

### 4.16
| | |
| --- | --- |
| | **$557.47** |

**Kohl's**
Nonpriority Creditor's Name
**P.O. Box 2983**
Number        Street

_____

**Milwaukee           WI      53201-2983**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Credit Card**

### 4.17
| | |
| --- | --- |
| | **$398.00** |

**Maurices**
Nonpriority Creditor's Name
**PO Box 4144**
Number        Street

_____

**Carol Stream          IL      60197-4144**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Charge Account**

### 4.18
| | |
| --- | --- |
| | **$2,180.93** |

**Paypal Credit**
Nonpriority Creditor's Name
**P.O. Box 105658**
Number        Street

_____

**Atlanta           GA      30348**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Credit Card**

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document   Pg 30 of 58

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

**After listing any entries on this page, number them sequentially from the previous page.**      **Total claim**

---

### 4.19                                       $2,066.27

**Paypal Credit**
Nonpriority Creditor's Name
**P.O. Box 105658**
Number     Street

**Atlanta**        **GA**    **30348**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

---

### 4.20                                         $2,543.02

**Paypal Credit**
Nonpriority Creditor's Name
**P.O. Box 105658**
Number     Street

**Atlanta**        **GA**    **30348**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

---

### 4.21                                        $14,519.24

**Pelican State Credit Union**
Nonpriority Creditor's Name
**POB 40088**
Number     Street

**Baton Rouge**      **LA**    **70835**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Signature Loan**

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

| 4.22 | | $15,013.20 |
|---|---|---|

**Pelican State Credit Union**
Nonpriority Creditor's Name
**POB 40088**
Number        Street

_____

**Baton Rouge          LA      70835**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| 4.23 | | $1,698.81 |
|---|---|---|

**Security Finance Corp.**
Nonpriority Creditor's Name
**P.O. Box 1483**
Number        Street

_____

**Jena                   LA      71342**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Signature Loan**

| 4.24 | | $1,724.10 |
|---|---|---|

**SFC Central Bankruptcy**
Nonpriority Creditor's Name
**PO Box 1893**
Number        Street

_____

**Spartanburg          SC      29304**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Signature Loan**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.25**

| | **$1,020.59** |
|---|---|

**Syncb/Toys R Us**
Nonpriority Creditor's Name
**PO Box 965064**
Number        Street

_____

**Orlando                     FL      32896**
City                              State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    3    5    2    6

When was the debt incurred?    10/2008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

**4.26**

| | **$5,489.30** |
|---|---|

**Synchrony Bank/ JC Penney**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 956060**

_____

**Orlando                     FL      32896**
City                              State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    7    4    6    5

When was the debt incurred?    07/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

**4.27**

| | **$4,488.70** |
|---|---|

**Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 956060**

_____

**Orlando                     FL      32896**
City                              State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    7    1    6    8

When was the debt incurred?    03/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

<div style="text-align:right">**Total claim**</div>

**4.28**

<div style="text-align:right">$1,520.81</div>

**Synchrony Bank/Chevron**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 956060**

**Orlando**      **FL**    **32896**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1   2   2   8
**When was the debt incurred?**   03/2007

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Charge Account**

**4.29**

<div style="text-align:right">$2,543.00</div>

**Synchrony Bank/Gap**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 956060**

**Orlando**      **FL**    **32896**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4   2   6   9
**When was the debt incurred?**   05/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**4.30**

<div style="text-align:right">$3,510.70</div>

**Synchrony Bank/Lowes**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 956060**

**Orlando**      **FL**    **32896**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   5   0   5
**When was the debt incurred?**   01/2009

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Charge Account**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

---

**4.31**

| | $1,838.74 |

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**PO Box 965060**
Number        Street

_____

_____

**Orlando**                    **FL**    **32896**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   7   5   7**

When was the debt incurred?    **04/2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

---

**4.32**

| | $2,127.60 |

**Tower Loan of Jena**
Nonpriority Creditor's Name
**P.O. Box 91**
Number        Street

_____

**Jena**                      **LA**    **71342**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Signature Loan**

---

**4.33**

| | $220.50 |

**Tower Loan of Jena**
Nonpriority Creditor's Name
**P.O. Box 91**
Number        Street

_____

**Jena**                      **LA**    **71342**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Signature Loan**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

4.34

$3,037.18

**Tower Loan of Jena**
Nonpriority Creditor's Name
**P.O. Box 91**
Number          Street

**Jena                    LA      71342**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Signature Loan**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

LaSalle Parish Sheriff
Name

POB 70
Number        Street

Jena                        LA        71342
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.  $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.  $13,691.90 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.  $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $800.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d.  $14,491.90 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.  $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $83,722.67 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j.  $83,722.67 |

**Fill in this information to identify your case:**

Debtor 1      **John**            **Perry**           **Hodges, Jr.**
              First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name         Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number    **17-80246**
(if known)

☑ Check if this is an
  amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑  No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

    Person or company with whom you have the contract or lease          State what the contract or lease is for

**Fill in this information to identify your case:**

Debtor 1    __John__          __Perry__         __Hodges, Jr.__
            First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF LOUISIANA__

Case number    __17-80246__
(if known)

☑ Check if this is an
   amended filing

Official Form 106H

## Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If
two married people are filing together, both are equally responsible for supplying correct information. If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this
page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories*
   include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☑ Yes

     In which community state or territory did you live?   __Louisiana__   Fill in the name and current address of that person.

     __Ericka Dawn Hodges__
     Name of your spouse, former spouse, or legal equivalent
     __204 N. 6th St.__
     Number        Street

     __Dodson__                        __LA__        __71422__
     City                              State         ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the
   person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the
   creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use
   *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  Your codebtor                                    *Column 2:*  **The creditor to whom you owe the debt**

                                                                 Check all schedules that apply:

   | 3.1 | __Hodges, Ericka Dawn__ |
   Name

   __204 N. 6th St.__
   Number        Street

   __Dodson__                        __LA__        __71422__
   City                              State         ZIP Code

   - ☑ Schedule D, line  __2.1__
   - ☐ Schedule E/F, line _____
   - ☐ Schedule G, line _____
   **Barksdale Federal Credit Union**

| | Additional Page to List More Codebtors |

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

☑ Schedule D, line    **2.2**
☐ Schedule E/F, line  _____
☐ Schedule G, line    _____
**Barksdale Federal Credit Union**

**3.3**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.1**
☐ Schedule G, line    _____
**CAC Financial Corp.**

**3.4**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.2**
☐ Schedule G, line    _____
**Capital One**

**3.5**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.3**
☐ Schedule G, line    _____
**Capital One**

**3.6**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

☑ Schedule D, line    **2.3**
☐ Schedule E/F, line  _____
☐ Schedule G, line    _____
**Cenla Federal Credit Union**

**3.7**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.4**
☐ Schedule G, line    _____
**Citibank/Best Buy**

17-80246 - #130   File 08/07/20   Enter 08/07/20 15:54:05   Main Document   Pg 41 of 58

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Hodges, Ericka Dawn** |
|---|---|
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**    **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.5**
☐ Schedule G, line _____
**Citibank/The Home Depot**

| 3.9 | **Hodges, Ericka Dawn** |
|---|---|
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**    **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.6**
☐ Schedule G, line _____
**Citicards Cbna**

| 3.10 | **Hodges, Ericka Dawn** |
|---|---|
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**    **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.7**
☐ Schedule G, line _____
**Comenity Bank/the Buckle**

| 3.11 | **Hodges, Ericka Dawn** |
|---|---|
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**    **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.8**
☐ Schedule G, line _____
**Comenitycb/gordon**

| 3.12 | **Hodges, Ericka Dawn** |
|---|---|
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**    **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.9**
☐ Schedule G, line _____
**Dillards Card Srvs/Wells Fargo Bank Na**

| 3.13 | **Hodges, Ericka Dawn** |
|---|---|
Name
**204 N. 6th St.**
Number        Street

**Dodson**                    **LA**    **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.10**
☐ Schedule G, line _____
**Discover Financial**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

- ☑ Schedule D, line   **2.4**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Ditech**

**3.15**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

- ☑ Schedule D, line   **2.5**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Ditech**

**3.16**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

- ☑ Schedule D, line   **2.6**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Ford Motor Credit Company**

**3.17**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.11**
- ☐ Schedule G, line _____

**Franklin Collection Service, Inc.**

**3.18**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

- ☑ Schedule D, line   **2.7**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Friendly Finance**

**3.19**  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**        **71422**
City                          State         ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.12**
- ☐ Schedule G, line _____

**Friendly Finance**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.20**
**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number    Street

**Dodson**      **LA**      **71422**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.13**
☐ Schedule G, line _____
**Friendly Finance**

**3.21**
**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number    Street

**Dodson**      **LA**      **71422**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Hardtner Medical**

**3.22**
**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number    Street

**Dodson**      **LA**      **71422**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.15**
☐ Schedule G, line _____
**Harrison Finance**

**3.23**
**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number    Street

**Dodson**      **LA**      **71422**
City      State      ZIP Code

☑ Schedule D, line   **2.8**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Homeland Federal Savings Bank**

**3.24**
**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number    Street

**Dodson**      **LA**      **71422**
City      State      ZIP Code

☑ Schedule D, line   **2.9**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**John Deere Credit**

**3.25**
**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number    Street

**Dodson**      **LA**      **71422**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Kohl's**

17-80246 - #130   File 08/07/20   Enter 08/07/20 15:54:05   Main Document   Pg 44 of 58

Debtor 1   John Perry Hodges, Jr.                                    Case number (if known)  17-80246

███████   **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| **3.26**  **Hodges, Ericka Dawn** <br> Name <br> **204 N. 6th St.** <br> Number    Street <br><br> **Dodson**        **LA**    **71422** <br> City        State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **5.1** <br> ☐ Schedule G, line _____ <br> **LaSalle Parish Sheriff** |
| **3.27**  **Hodges, Ericka Dawn** <br> Name <br> **204 N. 6th St.** <br> Number    Street <br><br> **Dodson**        **LA**    **71422** <br> City        State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **2.1** <br> ☐ Schedule G, line _____ <br> **Louisiana Department of Revenue** |
| **3.28**  **Hodges, Ericka Dawn** <br> Name <br> **204 N. 6th St.** <br> Number    Street <br><br> **Dodson**        **LA**    **71422** <br> City        State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **4.17** <br> ☐ Schedule G, line _____ <br> **Maurices** |
| **3.29**  **Hodges, Ericka Dawn** <br> Name <br> **204 N. 6th St.** <br> Number    Street <br><br> **Dodson**        **LA**    **71422** <br> City        State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ <br> **McBride Law Firm** |
| **3.30**  **Hodges, Ericka Dawn** <br> Name <br> **204 N. 6th St.** <br> Number    Street <br><br> **Dodson**        **LA**    **71422** <br> City        State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **2.2** <br> ☐ Schedule G, line _____ <br> **McBride Law Firm** |
| **3.31**  **Hodges, Ericka Dawn** <br> Name <br> **204 N. 6th St.** <br> Number    Street <br><br> **Dodson**        **LA**    **71422** <br> City        State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **2.3** <br> ☐ Schedule G, line _____ <br> **McBride Law Firm** |

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                                         Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.32 | **Hodges, Ericka Dawn** | | |
|---|---|---|---|

Name
**204 N. 6th St.**
Number        Street

| **Dodson** | **LA** | **71422** |
|---|---|---|
City | State | ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2.4**
☐ Schedule G, line _____
**North Dakota Department of Revenue**

| 3.33 | **Hodges, Ericka Dawn** |
|---|---|

Name
**204 N. 6th St.**
Number        Street

| **Dodson** | **LA** | **71422** |
|---|---|---|
City | State | ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.18**
☐ Schedule G, line _____
**Paypal Credit**

| 3.34 | **Hodges, Ericka Dawn** |
|---|---|

Name
**204 N. 6th St.**
Number        Street

| **Dodson** | **LA** | **71422** |
|---|---|---|
City | State | ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.19**
☐ Schedule G, line _____
**Paypal Credit**

| 3.35 | **Hodges, Ericka Dawn** |
|---|---|

Name
**204 N. 6th St.**
Number        Street

| **Dodson** | **LA** | **71422** |
|---|---|---|
City | State | ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.20**
☐ Schedule G, line _____
**Paypal Credit**

| 3.36 | **Hodges, Ericka Dawn** |
|---|---|

Name
**204 N. 6th St.**
Number        Street

| **Dodson** | **LA** | **71422** |
|---|---|---|
City | State | ZIP Code

☑ Schedule D, line    **2.10**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Pelican State Credit Union**

| 3.37 | **Hodges, Ericka Dawn** |
|---|---|

Name
**204 N. 6th St.**
Number        Street

| **Dodson** | **LA** | **71422** |
|---|---|---|
City | State | ZIP Code

☑ Schedule D, line    **2.11**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Pelican State Credit Union**

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document  Pg 46 of 58

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.38 |
|---|

**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number　　　Street

**Dodson**　　　　　　**LA**　　　**71422**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line　**4.21**
- ☐ Schedule G, line _____

**Pelican State Credit Union**

| 3.39 |
|---|

**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number　　　Street

**Dodson**　　　　　　**LA**　　　**71422**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line　**4.22**
- ☐ Schedule G, line _____

**Pelican State Credit Union**

| 3.40 |
|---|

**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number　　　Street

**Dodson**　　　　　　**LA**　　　**71422**
City　　　　　　　　State　　ZIP Code

- ☑ Schedule D, line　**2.12**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Rushmore Loan Management**

| 3.41 |
|---|

**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number　　　Street

**Dodson**　　　　　　**LA**　　　**71422**
City　　　　　　　　State　　ZIP Code

- ☑ Schedule D, line　**2.13**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Rushmore Loan Management**

| 3.42 |
|---|

**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number　　　Street

**Dodson**　　　　　　**LA**　　　**71422**
City　　　　　　　　State　　ZIP Code

- ☑ Schedule D, line　**2.14**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Rushmore Loan Management**

| 3.43 |
|---|

**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number　　　Street

**Dodson**　　　　　　**LA**　　　**71422**
City　　　　　　　　State　　ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line　**4.23**
- ☐ Schedule G, line _____

**Security Finance Corp.**

**Additional Page to List More Codebtors**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.44  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number     Street

| | | |
|---|---|---|
| **Dodson** | **LA** | **71422** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.24**
☐ Schedule G, line _____
**SFC Central Bankruptcy**

3.45  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number     Street

| | | |
|---|---|---|
| **Dodson** | **LA** | **71422** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.25**
☐ Schedule G, line _____
**Syncb/Toys R Us**

3.46  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number     Street

| | | |
|---|---|---|
| **Dodson** | **LA** | **71422** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.26**
☐ Schedule G, line _____
**Synchrony Bank/ JC Penney**

3.47  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number     Street

| | | |
|---|---|---|
| **Dodson** | **LA** | **71422** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.27**
☐ Schedule G, line _____
**Synchrony Bank/Care Credit**

3.48  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number     Street

| | | |
|---|---|---|
| **Dodson** | **LA** | **71422** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.28**
☐ Schedule G, line _____
**Synchrony Bank/Chevron**

3.49  **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number     Street

| | | |
|---|---|---|
| **Dodson** | **LA** | **71422** |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.29**
☐ Schedule G, line _____
**Synchrony Bank/Gap**

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document   Pg 48 of 58

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.50 | **Hodges, Ericka Dawn** | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|

**Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**      **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.30**
☐ Schedule G, line _____
**Synchrony Bank/Lowes**

---

3.51 **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**      **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.31**
☐ Schedule G, line _____
**Synchrony Bank/Sams**

---

3.52 **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**      **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.32**
☐ Schedule G, line _____
**Tower Loan of Jena**

---

3.53 **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**      **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.33**
☐ Schedule G, line _____
**Tower Loan of Jena**

---

3.54 **Hodges, Ericka Dawn**
Name
**204 N. 6th St.**
Number       Street

**Dodson**                    **LA**      **71422**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.34**
☐ Schedule G, line _____
**Tower Loan of Jena**

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **John** | **Perry** | **Hodges, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number **17-80246**
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ John Perry Hodges, Jr.**      X _____

John Perry Hodges, Jr., Debtor 1            Signature of Debtor 2

Date **08/07/2020**                 Date _____
    MM / DD / YYYY                       MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>**John**</u> | <u>**Perry**</u> | <u>**Hodges, Jr.**</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**WESTERN DISTRICT OF LOUISIANA**</u>

Case number <u>**17-80246**</u>
(if known)

☑ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$2,552.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, _2016_ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$88,499.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2015_ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$133,309.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____ |
| **For the last calendar year:**<br>(January 1 to December 31, _2016_ )<br>YYYY | _____<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2015_ )<br>YYYY | North Dakota Unemploym<br>_____ | **$7,772.00**<br>_____ | _____<br>_____ | _____<br>_____ |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐   No.  Go to line 7.

☐   Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑   Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑   No.  Go to line 7.

☐   Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
such as child support and alimony.

☑   No
☐   Yes.  List all payments to an insider.

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑   No
☐   Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9.    Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
modifications, and contract disputes.

☑   No
☐   Yes.  Fill in the details.

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
| --- | --- |

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
| --- | --- |

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

16.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **McBride Law Firm** | | | |
| Person Who Was Paid | | | |
| **Thomas C. McBride, LLC** | | **03/08/2017** | |
| Number    Street | | | |
| **301 Jackson St., Ste. 101** | | | |
| | | | |
| **Alexandria        LA    71301** | | | |
| City          State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **E. Orum Young** | | | |
| Person Who Was Paid | | | |
| **200 Washington Street** | | | **$0.00** |
| Number    Street | | | |
| | | | |
| **Monroe          La    71201** | | | |
| City          State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)
    ☑ No
    ☐ Yes. Fill in the details.

---

**Part 8:**    **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Sabine Bank**<br>Name of Financial Institution<br>**P.O. Box 670**<br>Number     Street<br><br>**Many**     **LA**     **71449**<br>City          State   ZIP Code | XXXX-  __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 1/27/17 | $0.00 |
| **Sabine Bank**<br>Name of Financial Institution<br>**P.O. Box 670**<br>Number     Street<br><br>**Many**     **LA**     **71449**<br>City          State   ZIP Code | XXXX-  __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 1/27/17 | $0.00 |
| **Homeland Bank**<br>Name of Financial Institution<br>**7840 Hwy. 165**<br>Number     Street<br><br>**Columbia**     **LA**     **71418**<br>City          State   ZIP Code | XXXX-  __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 1/2017 | $0.00 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

17-80246 - #130  File 08/07/20  Enter 08/07/20 15:54:05  Main Document    Pg 57 of 58

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes.  Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  /s/ John Perry Hodges, Jr.                          X  _____
John Perry Hodges, Jr., Debtor 1                          Signature of Debtor 2

Date      08/07/2020                                      Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.  Name of person  _____     Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).