| PRINT INQUIRY | | Close Window | | | Click Here to Print this Page | |
|---|---|---|---|---|---|---|
| 17-80246 | John Perry Hodges, Jr. (xxx-xx-6796) | | 290 Bottom Road • • Kelly • LA • 71441 | $5,400.00 MO | Bar Date(s): | 7/18/2017 (has passed) 9/6/2017 (has passed) |
| | | | | | Confirmed: | 3/29/2018 |
| | Trustee: Jon C. Thornburg | | Attorney: THOMAS C. MCBRIDE | | Case Status: | ACTIVE (2/3/2022) |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 4/9/2017 | 35.00 | $0.00 | MONTHLY | John Perry Hodges, Jr. | 6/16/2020 | Notice Sent |
| 3/9/2020 | 1.00 | $151,205.00 | MONTHLY | John Perry Hodges, Jr. | 6/16/2020 | Notice Sent |
| 4/9/2020 | 3.00 | $3,550.00 | MONTHLY | John Perry Hodges, Jr. | 6/16/2020 | Notice Sent |
| 7/9/2020 | 21.00 | $5,400.00 | MONTHLY | John Perry Hodges, Jr. | 6/16/2020 | Notice Sent |
| 4/9/2022 | end of plan | $0.00 | MONTHLY | John Perry Hodges, Jr. | 6/16/2020 | None |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/9/2017 | 5/8/2017 | $0.00 | $0.00 |
| 2 | 5/9/2017 | 6/8/2017 | $0.00 | $0.00 |
| 3 | 6/9/2017 | 7/8/2017 | $0.00 | $0.00 |
| 4 | 7/9/2017 | 8/8/2017 | $0.00 | $0.00 |
| 5 | 8/9/2017 | 9/8/2017 | $0.00 | $0.00 |
| 6 | 9/9/2017 | 10/8/2017 | $0.00 | $0.00 |
| 7 | 10/9/2017 | 11/8/2017 | $0.00 | $0.00 |
| 8 | 11/9/2017 | 12/8/2017 | $0.00 | $0.00 |
| 9 | 12/9/2017 | 1/8/2018 | $0.00 | $0.00 |
| 10 | 1/9/2018 | 2/8/2018 | $0.00 | $0.00 |
| 11 | 2/9/2018 | 3/8/2018 | $0.00 | $0.00 |
| 12 | 3/9/2018 | 4/8/2018 | $0.00 | $0.00 |
| 13 | 4/9/2018 | 5/8/2018 | $0.00 | $0.00 |
| 14 | 5/9/2018 | 6/8/2018 | $0.00 | $0.00 |
| 15 | 6/9/2018 | 7/8/2018 | $0.00 | $0.00 |
| 16 | 7/9/2018 | 8/8/2018 | $0.00 | $0.00 |
| 17 | 8/9/2018 | 9/8/2018 | $0.00 | $0.00 |
| 18 | 9/9/2018 | 10/8/2018 | $0.00 | $0.00 |
| 19 | 10/9/2018 | 11/8/2018 | $0.00 | $0.00 |
| 20 | 11/9/2018 | 12/8/2018 | $0.00 | $0.00 |
| 21 | 12/9/2018 | 1/8/2019 | $0.00 | $0.00 |
| 22 | 1/9/2019 | 2/8/2019 | $0.00 | $0.00 |
| 23 | 2/9/2019 | 3/8/2019 | $0.00 | $0.00 |
| 24 | 3/9/2019 | 4/8/2019 | $0.00 | $0.00 |
| 25 | 4/9/2019 | 5/8/2019 | $0.00 | $0.00 |
| 26 | 5/9/2019 | 6/8/2019 | $0.00 | $0.00 |
| 27 | 6/9/2019 | 7/8/2019 | $0.00 | $0.00 |
| 28 | 7/9/2019 | 8/8/2019 | $0.00 | $0.00 |
| 29 | 8/9/2019 | 9/8/2019 | $0.00 | $0.00 |
| 30 | 9/9/2019 | 10/8/2019 | $0.00 | $0.00 |
| 31 | 10/9/2019 | 11/8/2019 | $0.00 | $0.00 |
| 32 | 11/9/2019 | 12/8/2019 | $0.00 | $0.00 |
| 33 | 12/9/2019 | 1/8/2020 | $0.00 | $0.00 |
| 34 | 1/9/2020 | 2/8/2020 | $0.00 | $0.00 |
| 35 | 2/9/2020 | 3/8/2020 | $0.00 | $0.00 |
| Total | | | | $0.00 |

**EXHIBIT 1**

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/9/2020 | 4/8/2020 | $151,205.00 | $151,205.00 |
| Total | | | | $151,205.00 |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/9/2020 | 5/8/2020 | $3,550.00 | $3,550.00 |
| 2 | 5/9/2020 | 6/8/2020 | $3,550.00 | $7,100.00 |
| 3 | 6/9/2020 | 7/8/2020 | $3,550.00 | $10,650.00 |
| Total | | | | **$10,650.00** |

Payments Expected for Step 4:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 7/9/2020 | 8/8/2020 | $5,400.00 | $5,400.00 |
| 2 | 8/9/2020 | 9/8/2020 | $5,400.00 | $10,800.00 |
| 3 | 9/9/2020 | 10/8/2020 | $5,400.00 | $16,200.00 |
| 4 | 10/9/2020 | 11/8/2020 | $5,400.00 | $21,600.00 |
| 5 | 11/9/2020 | 12/8/2020 | $5,400.00 | $27,000.00 |
| 6 | 12/9/2020 | 1/8/2021 | $5,400.00 | $32,400.00 |
| 7 | 1/9/2021 | 2/8/2021 | $5,400.00 | $37,800.00 |
| 8 | 2/9/2021 | 3/8/2021 | $5,400.00 | $43,200.00 |
| 9 | 3/9/2021 | 4/8/2021 | $5,400.00 | $48,600.00 |
| 10 | 4/9/2021 | 5/8/2021 | $5,400.00 | $54,000.00 |
| 11 | 5/9/2021 | 6/8/2021 | $5,400.00 | $59,400.00 |
| 12 | 6/9/2021 | 7/8/2021 | $5,400.00 | $64,800.00 |
| 13 | 7/9/2021 | 8/8/2021 | $5,400.00 | $70,200.00 |
| 14 | 8/9/2021 | 9/8/2021 | $5,400.00 | $75,600.00 |
| 15 | 9/9/2021 | 10/8/2021 | $5,400.00 | $81,000.00 |
| 16 | 10/9/2021 | 11/8/2021 | $5,400.00 | $86,400.00 |
| 17 | 11/9/2021 | 12/8/2021 | $5,400.00 | $91,800.00 |
| 18 | 12/9/2021 | 1/8/2022 | $5,400.00 | $97,200.00 |
| Total | | | | **$97,200.00** |

Payments Expected for Step 5:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/9/2022 | 5/8/2022 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 4/2017 | $0.00 | $3,590.00 | | ($3,590.00) |
| 2 | 5/2017 | $0.00 | | | ($3,590.00) |
| 3 | 6/2017 | $0.00 | $3,590.00 | | ($7,180.00) |
| 4 | 7/2017 | $0.00 | $3,590.00 | | ($10,770.00) |
| 5 | 8/2017 | $0.00 | | | ($10,770.00) |
| 6 | 9/2017 | $0.00 | $3,590.00 | | ($14,360.00) |
| 7 | 10/2017 | $0.00 | $4,590.00 | | ($18,950.00) |
| 8 | 11/2017 | $0.00 | $4,010.00 | | ($22,960.00) |
| 9 | 12/2017 | $0.00 | $4,015.00 | | ($26,975.00) |
| 10 | 1/2018 | $0.00 | $4,015.00 | | ($30,990.00) |
| 11 | 2/2018 | $0.00 | $4,015.00 | | ($35,005.00) |
| 12 | 3/2018 | $0.00 | $4,275.00 | | ($39,280.00) |
| 13 | 4/2018 | $0.00 | $4,275.00 | | ($43,555.00) |
| 14 | 5/2018 | $0.00 | $6,401.00 | | ($49,956.00) |
| 15 | 6/2018 | $0.00 | $1,999.00 | | ($51,955.00) |
| 16 | 7/2018 | $0.00 | $4,551.00 | | ($56,506.00) |
| 17 | 8/2018 | $0.00 | $2,000.00 | | ($58,506.00) |
| 18 | 9/2018 | $0.00 | $6,425.00 | | ($64,931.00) |
| 19 | 10/2018 | $0.00 | $4,275.00 | | ($69,206.00) |
| 20 | 11/2018 | $0.00 | $5,550.00 | | ($74,756.00) |
| 21 | 12/2018 | $0.00 | $5,550.00 | | ($80,306.00) |
| 22 | 1/2019 | $0.00 | $5,550.00 | | ($85,856.00) |
| 23 | 2/2019 | $0.00 | $4,550.00 | | ($90,406.00) |
| 24 | 3/2019 | $0.00 | $3,550.00 | | ($93,956.00) |
| 25 | 4/2019 | $0.00 | $7,550.00 | | ($101,506.00) |
| 26 | 5/2019 | $0.00 | $5,275.00 | | ($106,781.00) |
| 27 | 6/2019 | $0.00 | $4,050.00 | | ($110,831.00) |
| 28 | 7/2019 | $0.00 | $8,325.00 | | ($119,156.00) |
| 29 | 8/2019 | $0.00 | $5,550.00 | | ($124,706.00) |
| 30 | 9/2019 | $0.00 | $5,550.00 | | ($130,256.00) |
| 31 | 10/2019 | $0.00 | $4,400.00 | | ($134,656.00) |
| 32 | 11/2019 | $0.00 | $4,400.00 | | ($139,056.00) |
| 33 | 12/2019 | $0.00 | $7,750.00 | | ($146,806.00) |
| 34 | 1/2020 | $0.00 | | | ($146,806.00) |
| 35 | 2/2020 | $0.00 | $3,525.00 | | ($150,331.00) |
| 36 | 3/2020 | $151,205.00 | $3,000.00 | | ($2,126.00) |

| 37 | 4/2020 | $3,550.00 | $4,600.00 | | ($3,176.00) |
|---|---|---|---|---|---|
| 38 | 5/2020 | $3,550.00 | $3,600.00 | | ($3,226.00) |
| 39 | 6/2020 | $3,550.00 | $324.00 | | $0.00 |
| 40 | 7/2020 | $5,400.00 | | | $5,400.00 |
| 41 | 8/2020 | $5,400.00 | | | $10,800.00 |

**Total Delinquent Amount: $10,800.00**

