IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:     17-80246
John Perry Hodges, Jr.     Chapter 13

DEBTOR(S)

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on September 24, 2020 in that:

1. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). The Debtor is $2715.00 delinquent in plan payment for the month of September 2020 pursuant to the proposed modified plan, which became due September 9, 2020. The Debtor is $16,200.00 delinquent through September 2020 under the confirmed plan.
2. The proposed total paid in amount is incorrect. Total paid in should be $ $159,729.00 through month 41, August 2020, not $161,855.00.
3. The trustee requests updated employer information, current proof of income, and an Amended Schedule I to assess disposable income and plan feasibility.
4. Motion to Suspend (Doc.133) set for hearing September 24, 2020.

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtor a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 10th day of September, 2020.

JON C. THORNBURG
CHAPTER 13 STANDING TRUSTEE

/s/ Brandi M. Jolley

Jon C. Thornburg, Trustee
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Jennifer D. Cruz, Staff Attorney (Bar Roll #37942)
P.O. Box 11877
Alexandria, LA 71315
(318) 448-1306

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

John Perry Hodges, Jr.     THOMAS C. MCBRIDE
290 Bottom Road     301 JACKSON ST., STE 101
Kelly, LA 71441     ALEXANDRIA, LA 71301

Alexandria, Louisiana, this 10th day of September, 2020.

By: /s/ Brandi M. Jolley