# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE:      JOHN PERRY HODGES, JR.           CASE NO.: 17-80246
                                             CHAPTER 13

## EX PARTE MOTION TO CONTINUE
## MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

**NOW INTO COURT,** through undersigned counsel, comes **JOHN PERRY HODGES, JR.** (hereinafter referred to as "Debtor"), who respectfully represents that:

### JURISDICTION

1.

This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. §157(b)(2)(A), 28 U.S.C. §1334(a), and United States District Court, Western District of Louisiana Local Rule 7.9.

### BACKGROUND

2.

On March 10, 2017, Debtor filed a voluntary petition for relief under Title 11, Chapter 13 of the Bankruptcy Code.[1]

3.

On August 25, 2020, Debtor filed a Motion to Suspend Chapter 13 Plan payments and a Modified Chapter 13 Plan.

### RELIEF REQUESTED

4.

Counsel for debtor needs additional time to provide the Chapter 13 Trustee's office current

---

[1] ECF No. 1, Chapter 13 Voluntary Petition, All Schedules, Statements and Disclosure of Compensation for Attorney.

proof of income and amend Schedules I and J.

      **WHEREFORE**, **JOHN PERRY HODGES, JR.,** respectfully moves this Court for an Order continuing the Motion to Suspend Chapter 13 Plan Payments to October 15, 2020 at 10:00 a.m.

      **McBride Law Firm**

      /s/Rebecca A. McBride
By: Thomas C. McBride, (#09210)
    Rebecca A. McBride (#38564)
    rebecca@tommcbridelaw.com
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE:     JOHN PERRY HODGES, JR.          CASE NO.: 17-80246
                                            CHAPTER 13

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the above and Foregoing ex Parte Motion to Continue Motion to Suspend Chapter 13 Plan Payments will be served on the all creditors on the mailing matrix by utilizing the services of BK Attorney Services, LLC d/b/a certifcateofservice.com, an approved Bankruptcy Notice Provider authorized by the U.S. Courts Administrative Office, pursuant to Fed.R.Bankr.P.9001(9) and 2002(g)(4).

\*\*The following entities were served by electronic transmission only:

| | |
|---|---|
| Jon C. Thornburg<br>ch13alex@ch13alex.com | Jason R. Smith<br>jasonsmith@creditorlawyers.com |
| Office of U. S. Trustee<br>USTPRegion05.SH.ECF@usdoj.gov | Richard Rozanski<br>richard@wheelis-rozanski.com |
| | John Griffin Loftin<br>friendlybk@bellsouth.net |

Alexandria, Louisiana this 18th day of September, 2020.

/s/Joie Johnson

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     JOHN PERRY HODGES, JR.          CASE NO.: 17-80246
                                            CHAPTER 13

## CERTIFICATION

    I, Rebecca A. McBride, aver that my staff has communicated electronically with counsel for the Chapter 13 Trustee and they have no opposition to the requested continuance.


                                         /s/Rebecca A. McBride
                                         Rebecca A. McBride